PEOPLE ex rel. BEHARKA v. NATIONAL SLAVONIC SOCIETY OF THE UNITED STATES OF AMERICA et al.

(Supreme Court, Appellate Division, First Department.   November 8, 1912.)

MANDAMUS (§ 125*)—MEMBERS—EXPULSION.

The courts of New York will not exercise jurisdiction by mandamus to compel a beneficial association, which is a foreign corporation, to reinstate an expelled member as a member of a nonresident lodge, though the association was authorized to do business in New York.

[Ed. Note.—For other cases, see Mandamus, Cent. Dig. §§ 259, 260; Dec. Dig. § 125.*]

Appeal from Special Term, New York County.

Application by the People, on the relation of Mathias Beharka, against the National Slavonic Society of the United States of America and others.   From an order granting relator an alternative writ, respondents appeal.   Reversed, and motion denied.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

Joseph H. Kohan, of New York City, for appellants.
Alfred B. Jaworower, of New York City, for respondent.

PER CURIAM.   This case differs from the case of People ex rel. Ruman v. Natl. Slavonic Society, 144 App. Div. 574, 129 N. Y. Supp. 603, in that it appears in this case that the parent society, a membership corporation organized under the laws of the state of Pennsylvania, has been authorized to do business in this state.   But it is none the less a foreign corporation.   The relator is a nonresident, and the subordinate lodge from which he was expelled is not a resident lodge of the state of New York.   Under such circumstances, the courts of this state should decline jurisdiction, even if they have it.

The order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.